| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**Edmond M. George, Esquire**<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>**1120 Route 73, Suite 420**<br>**Mount Laurel, NJ 08054-5108**<br>**(856) 795-3300**<br>*Proposed Attorneys to Debtor* |

| | |
|---|---|
| In re:<br><br>HIGH BRASS FARM LAND HOLDINGS LLC,<br><br>                    Debtor | Chapter 11<br><br>Main Case No. 19-25217<br><br>**Adversary No. 19-02093** |

## CERTIFICATION OF SERVICE

1. I, <u>Edmond M. George</u>:

   ☒ represent the <u>Debtor/Plaintiff</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the

   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>August 14, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Removal and
   - Exhibits 1 through 15.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Dated: <u>August 14, 2019</u>                    */s/ Edmond M. George*
                                                                       Signature

4818-9613-2768

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Grantz, Esquire<br>Javier M. Lopez, Esquire<br>Meyner and Landis<br>One Gateway Center, Suite 2500<br>Newark, NJ 07102 | Attorneys for Bank of America | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other <u>Electronic pursuant to LBR 9013-5(f)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Guliet D. Hirsch, Esquire<br>Archer & Greiner P.C.<br>101 Carnegie Center<br>Suite 300<br>Princeton, NJ 08540 | Counsel for Sky Manor Airport Partners | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other <u>Electronic pursuant to LBR 9013-5(f)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| William Sandelands, Esquire<br>Sandelands Eyet, LLP<br>1545 U.S. Highway 206, Suite 304<br>Bedminster, NJ 07921 | Counsel for New Jersey Title Insurance Company n/d/b/a CATIC | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other <u>Electronic pursuant to LBR 9013-5(f)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Jeffrey M. Sponder, Esquire<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | Counsel for U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☒ Other <u>Electronic pursuant to LBR 9013-5(f)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| New Jersey Title Insurance Company d/b/a CATIC<br>c/o Richard Hogan<br>10 Woodbridge Center Dr.<br>Suite 410<br>Woodbridge NJ 07095 | Registered Agent | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other <u>Electronic pursuant to LBR 9013-5(f)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Sky Manor Airport Partners<br>c/o Don Kugler Jr.<br>48 Sky Manor Road<br>Pittstown, NJ 08867 | Managing Member | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other <u>Electronic pursuant to LBR 9013-5(f)</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |

4818-9613-2768