Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (*pro hac vice*)
Nicholas R. Jimenez, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
(856) 795-3300
*Attorneys for Plaintiff, High Brass Farm Land Holdings LLC*

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

| | |
|---|---|
| In re:<br><br>HIGH BRASS FARM LAND HOLDINGS LLC,<br><br>        Debtor. | Chapter 11<br><br>Case No. 19-25217 (MBK)<br><br>Honorable Michael B. Kaplan |
| HIGH BRASS FARM LAND HOLDINGS LLC, *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>SKY MANOR AIRPORT PARTNERS, LLC, *et al.*,<br><br>        Defendants. | Adversary No. 19-02093 (MBK) |

## CERTIFICATION OF SERVICE

1. I, <u>Edmond M. George</u>:

   ☒ represent the <u>Debtor in possession</u> in this matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On <u>September 6, 2019</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Memorandum of High Brass Land Holdings LLC in Opposition to the Motion of Sky Manor Airport Partners, LLC to Remand Case to State Court and Proposed Order

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>September 6, 2019</u>              <u>/s/ *Edmond M. George*</u>
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David B. Grantz, Esquire<br>Javier Lopez, Esquire<br>Meyner and Landis LLP<br>One Gateway Center, Suite 2500<br>Newark, NJ | Counsel to Bank of America, Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Electronic Means Rule 9013-2</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |
| Jerrold S. Kulback, Esquire<br>Archer&Greiner<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103 | Counsel to Defendant/Creditor Sky Manor Airport Partners, Inc. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>Electronic Means Rule 9013-2</u><br>(As authorized by the Court or by rule. Cite rule if applicable) |

4844-8847-2996