UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
U.S. COURTHOUSE
402 E. STATE STREET
TRENTON, NEW JERSEY 08608

Hon. Michael B. Kaplan                                                                                     609-858-9360
United States Bankruptcy Judge

October 16, 2019

David B. Grantz
dgrantz@meyner.com
*Counsel for Bank of America*

Re:     High Brass Land Holdings, LLC v. Sky Manor Airport, et al., Adv. Pro. No. 19-02093
        In re High Brass Land Holdings, LLC, Case No. 19-25217

Dear Counsel,

The Court is in receipt of your correspondence. The Court is cognizant of your client's disinclination to participate in mediation but opted to enter the mediation order notwithstanding since our local rules provide for presumptive mandatory mediation of all adversary proceedings for all claims and all parties. D.N.J. LBR 9019-2(a). The Court refers you to D.N.J. LBR 9019-2(a)(3), which further provides that parties seeking to be excluded from the mediation process may file a motion to be excused from participation.

Sincerely,

*[signature]*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Cc:     Filed on CM/ECF